FILED

2009 Nov-17  PM 03:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | | |
|---|---|---|
| **LEE UNDERA SLAUGHTER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **4:09-CV-52-VEH-JEO** |
| | ) | |
| **CAPTAIN ROBERT L.** | ) | |
| **SIMMONS, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on October 13, 2009, recommending that the defendants' motion for summary judgment be granted and this cause be dismissed with prejudice.  Plaintiff filed objections on November 3, 2009, in which he objected to the conclusions reached by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections filed by the plaintiff, the Court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and his recommendation is **ACCEPTED**.  The Court **EXPRESSLY FINDS** that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law.  Accordingly, defendants' motion for summary judgment is due to be **GRANTED** and this action is due to be **DISMISSED**

**WITH PREJUDICE**.  A Final Judgment will be entered.

    **DONE** this the 17th day of November, 2009.

 

**VIRGINIA EMERSON HOPKINS**
United States District Judge